IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO. 4:14-cv-219-FL

JOHN RICHARD LAMM, )
 )
    Plaintiff, )
       v. )
 ) ORDER ON MOTION TO SEAL
BRANCH BANKING AND TRUST COMPANY, )
and, SCOTT P. EVANS, )
    Defendants. )
 )

THIS MATTER came before the Court on Plaintiff's Motion to Seal Documents filed at DE #40-10 and DE #40-11. The Court finds that:

1. The documents proposing to be sealed contain the names of Defendants' customers which Defendants desire to keep confidential, pursuant to the Protective Order entered in this case [DE #27].

2. Defendants have a legitimate business interest in keeping the names of its customers confidential.

3. Plaintiff did not object to Defendants' designation of the customer names as confidential but inadvertently did not redact all of the names as agreed with Defendants.

4. There is no less drastic way of protecting Defendants' business interests.

For good cause shown, Plaintiff's motion is allowed. The documents filed at DE #40-10 and DE #40-11 in this action shall be sealed. Plaintiff shall file these documents with customer names redacted.

SO ORDERED, this the 10th day of May , 2016 .

_____
THE HONORABLE LOUISE W. FLANAGAN
U.S. District Judge