UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

JOHN RICHARD LAMM,

    Plaintiff,

v.

**JUDGMENT**

No. 4:14-CV-219-FL

BRANCH BANKING AND TRUST
COMPANY, and SCOTT P. EVANS,

    Defendants.

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' motion for judicial notice and motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 25, 2016, and for the reasons set forth more specifically therein, that defendants' motion for summary judgment is granted and defendants' motion for judicial notice is denied as moot.

**This Judgment Filed and Entered on July 25, 2016, and Copies To:**

R.A. Renfer, Jr. (via CM/ECF Notice of Electronic Filing)
Michael C. Lord (via CM/ECF Notice of Electronic Filing)
Charles L. McLawhorn, Jr. (via CM/ECF Notice of Electronic Filing)
Mary-Ann Leon (via CM/ECF Notice of Electronic Filing)

July 25, 2016                    JULIE RICHARDS JOHNSTON, CLERK
                                  /s/ Christa N. Baker
                                  (By) Christa N. Baker, Deputy Clerk