# EXHIBIT A

INVOICE FOR EVAN'S DEPOSITION


**Carolina Court Reporters, Inc.**

252-355-4700
800-849-8448
FAX 252-355-4707
E-mail: depo@carolinacourtreporters.com
Webpage: http//www.carolinacourtreporters.com

DATE: 08/13/15

INVOICE NUMBER: 26465.LSA

FEDERAL TAX I.D. 56-1784912

TO: MR. MICHAEL C. LORD
WILLIAMS MULLEN
301 FAYETTEVILLE STREET, SUITE 1700
RALEIGH, NORTH CAROLINA 27601

DEPONENT(S): SCOTT P. EVANS

CASE(S): JOHN RICHARD LAMM VS. BRANCH BANKING AND TRUST COMPANY AND SCOTT P. EVANS

CASE NUMBER(S): 4:14-cv-219-FL         SOUTHERN DIVISION

DATE: JULY 24, 2015

LOCATION: RALEIGH, NORTH CAROLINA

DELIVERY: REGULAR: XXX     EXPEDITE: _____

| | | |
|---|---|---|
| APPEARANCE FEE: | | $ . |
| ORIGINAL/COPY: ____ AT $ 4.25 PER PAGE | | $ . |
| COPIES: 147 AT $ 2.25 PER PAGE | | $ 330.75 |
| EXHIBITS: 62 AT $ 0.40 PER PAGE | | $ 24.80 |
| READ & SIGN: | | $ . |
| VIDEO RECORDING FEE: 5 HRS. & 40 MINS. (NO COPY OF DVD REQUESTED) | | $ . |
| VIDEO COPY: ___ HRS. & ___ MINS. | | $ . |
| VIDEO TEXT SYNC: ___ HRS. & ___ MINS. | | $ . |
| DVD: | | $ . |
| S&H: | | $ 12.00 |
| TOTAL AMOUNT DUE: | | $ 367.55 |

PLEASE INCLUDE OUR INVOICE NUMBER ON YOUR CHECK.
**ALL TAPES ARE ERASED AFTER NINETY (90) DAYS UNLESS OTHERWISE REQUESTED WITHIN TEN (10) DAYS OF THE DATE OF THIS INVOICE**ALW

105 Oakmont Drive, Suite A  •  Greenville, North Carolina 27858