# EXHIBIT B

INVOICE FOR DANIELS' DEPOSITION



# Carolina Court Reporters, Inc.

252-355-4700
800-849-8448
FAX 252-355-4707
E-mail: depo@carolinacourtreporters.com
Webpage: http//www.carolinacourtreporters.com

pb/unpaid MCL

DATE: 09/04/15          INVOICE NUMBER: 26500.LSA

                        FEDERAL TAX I.D. 56-1784912

TO:    MR. MICHAEL C. LORD
       WILLIAMS MULLEN
       301 FAYETTEVILLE STREET, SUITE 1700
       RALEIGH, NORTH CAROLINA 27601

DEPONENT(S):     RUSSELL WINIFORD "DANNY" DANIELS JR

CASE(S):         JOHN RICHARD LAMM VS. BRANCH BANKING AND TRUST
                 COMPANY, and SCOTT P. EVANS

CASE NUMBER(S):  14:14-cv-219-FL        SOUTHERN DIVISION

DATE:            AUGUST 17, 2015

LOCATION:        GREENVILLE, NORTH CAROLINA

DELIVERY:        REGULAR: XXX       EXPEDITE: _____

APPEARANCE FEE:                                                  $ _____.

ORIGINAL/COPY:         _____ AT $ 4.25 PER PAGE                  $ _____.

COPIES:                 150  AT $ 2.25 PER PAGE                  $ 337.50

EXHIBITS:               113  AT $ 0.40 PER PAGE                  $  45.20

READ & SIGN:                                                     $ _____.

VIDEO RECORDING FEE:    3 HRS. & 52 MINS.                        $ _____.
                       (NO COPY OF VIDEO REQUESTED)
VIDEO COPY:                  HRS. &    MINS.                     $ _____.

VIDEO TEXT SYNC:             HRS. &    MINS.                     $ _____.

DVD:                                                             $ _____.

S&H:                                                             $  12.00

TOTAL AMOUNT DUE:                                                $ 394.70

      PLEASE INCLUDE OUR INVOICE NUMBER ON YOUR CHECK.
**ALL TAPES ARE ERASED AFTER NINETY (90) DAYS UNLESS OTHERWISE
REQUESTED WITHIN TEN (10) DAYS OF THE DATE OF THIS INVOICE**ALW

*105 Oakmont Drive, Suite A  •  Greenville, North Carolina 27858*