# EXHIBIT C

INVOICE FOR BANK DEPOSITIONS



**Carolina Court Reporters, Inc.**

*pls. have paid mcl*

252-355-4700
800-849-8448
FAX 252-355-4707
E-mail: depo@carolinacourtreporters.com
Webpage: http//www.carolinacourtreporters.com

DATE: 09/01/15                          INVOICE NUMBER: 26494.GHP

                                        FEDERAL TAX I.D. 56-1784912

TO:    MR. MICHAEL C. LORD
       WILLIAMS & MULLEN
       301 FAYETTEVILLE STREET, SUITE 1700
       RALEIGH, NORTH CAROLINA 27601

DEPONENT(S):    LUCINDA AUSTIN; CHRISTOPHER LEE BENNETT;
                LISA WATSON GOLTERMANN; MICHELE LYNN GREENE

CASE(S):        JOHN RICHARD LAMM VS. BRANCH BANKING AND TRUST
                COMPANY, AND SCOTT P. EVANS

CASE NUMBER(S): 4:14-CV-219-FL      U.S. DISTRICT COURT

DATE:           AUGUST 3, 2015

LOCATION:       RALEIGH, NORTH CAROLINA

DELIVERY:       REGULAR: XXX      EXPEDITE: _____

| | | |
|---|---|---|
| APPEARANCE FEE: | | $ . |
| ORIGINAL/COPY: | ____ AT $ 4.25 PER PAGE | $ . |
| COPIES: | 209 AT $ 2.25 PER PAGE | $ 470.25 |
| EXHIBITS: | ____ AT $ 0.40 PER PAGE (RETAINED) | $ . |
| READ & SIGN: | | $ . |
| VIDEO RECORDING FEE: | ___ HRS. & ___ MINS. | $ . |
| VIDEO COPY: | ___ HRS. & ___ MINS. | $ . |
| VIDEO TEXT SYNC: | ___ HRS. & ___ MINS. | $ . |
| DVD: | | $ . |
| S&H: | | $ 12.00 |
| **TOTAL AMOUNT DUE:** | | **$ 482.25** |

PLEASE INCLUDE OUR INVOICE NUMBER ON YOUR CHECK.
**ALL TAPES ARE ERASED AFTER NINETY (90) DAYS UNLESS OTHERWISE
REQUESTED WITHIN TEN (10) DAYS OF THE DATE OF THIS INVOICE**SPO

*105 Oakmont Drive, Suite A • Greenville, North Carolina 27858*


# Carolina Court Reporters, Inc.

*pb have paid*
*MCL*

252-355-4700
800-849-8448
FAX 252-355-4707
E-mail: depo@carolinacourtreporters.com
Webpage: http//www.carolinacourtreporters.com

DATE: 11/03/15                    INVOICE NUMBER: 26694.GHP

                                  FEDERAL TAX I.D. 56-1784912

TO:     MR. MICHAEL C. LORD
        WILLIAMS MULLEN
        301 FAYETTEVILLE STREET, SUITE 1700
        RALEIGH, NORTH CAROLINA 27601

DEPONENT(S):     CANDACE BEVERLY; CAMERON FARMER; SANDRA BLANTON

CASE(S):         JOHN RICHARD LAMM VS. BRANCH BANKING AND TRUST
                 COMPANY, AND SCOTT P. EVANS

CASE NUMBER(S):  4:14-cv-219-FL     U.S. DISTRICT COURT

DATE:            SEPTEMBER 30, 2015

LOCATION:        RALEIGH, NORTH CAROLINA

DELIVERY:        REGULAR: XXX       EXPEDITE: _____

| | | |
|---|---|---|
| APPEARANCE FEE: | | $ . |
| ORIGINAL/COPY: | ___ AT $ 4.25 PER PAGE | $ . |
| COPIES: | 98 AT $ 2.25 PER PAGE | $ 220.50 |
| EXHIBITS: | ___ AT $ 0.40 PER PAGE (RETAINED) | $ . |
| READ & SIGN: | | $ . |
| VIDEO RECORDING FEE: | ___ HRS. & ___ MINS. | $ . |
| VIDEO COPY: | ___ HRS. & ___ MINS. | $ . |
| VIDEO TEXT SYNC: | ___ HRS. & ___ MINS. | $ . |
| DVD: | | $ . |
| S&H: | | $ 12.00 |
| TOTAL AMOUNT DUE: | | $ 232.50 |

PLEASE INCLUDE OUR INVOICE NUMBER ON YOUR CHECK.
**ALL TAPES ARE ERASED AFTER NINETY (90) DAYS UNLESS OTHERWISE
REQUESTED WITHIN TEN (10) DAYS OF THE DATE OF THIS INVOICE**SPO

*105 Oakmont Drive, Suite A • Greenville, North Carolina 27858*