# EXHIBIT D

NOTICE OF LAMM DEPOSITION
AND
INVOICE FOR LAMM DEPOSITION

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
No. 4:14-CV-219-FL

| | |
|---|---|
| **JOHN RICHARD LAMM,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **NOTICE OF JOHN RICHARD** |
| ) | **LAMM'S DEPOSITION** |
| ) | |
| **BRANCH BANKING AND TRUST** ) | |
| **COMPANY and SCOTT P. EVANS,** ) | |
| ) | |
| Defendants. ) | |

**PLEASE TAKE NOTICE** that Defendants Branch Banking and Trust Company and Scott P. Evans, by and through its undersigned counsel, will take the deposition upon oral examination of Plaintiff **John Richard Lamm** on October 20, 2015, beginning at 10:00 a.m. The deposition will be convened at the law offices of Plaintiff's counsel, at 704 Cromwell Drive, Suite E, in Greenville, North Carolina. The deposition will be taken before an officer authorized to administer oaths and to take such deposition pursuant to the laws of the State of North Carolina. The deposition will be used for any purpose allowed by law. PLEASE TAKE NOTICE THAT THIS DEPOSITION WILL BE VIDEOTAPED.

This 22nd day of September, 2015.

WILLIAMS MULLEN

By: _/s/ Michael C. Lord_
Michael C. Lord
N.C. State Bar No. 15966
P.O. Box 1000
Raleigh, NC 27602-1000
Telephone: (919) 981-4000
Facsimile: (919) 981-4300
mlord@williamsmullen.com
Attorneys for the Defendants

## CERTIFICATE OF SERVICE

I certify that on this day, the foregoing document was served upon the Plaintiff to this action by mailing and emailing a copy thereof to his attorney of record in accordance with the provisions of the Federal Rules of Civil Procedure.

This, the 22nd day of September, 2015.

WILLIAMS MULLEN

By: /s/ Michael C. Lord
Michael C. Lord
N.C. State Bar No. 15966
P.O. Box 1000
Raleigh, NC 27602-1000
Telephone: (919) 981-4000
Facsimile: (919) 981-4300
mlord@williamsmullen.com
Attorneys for the Defendants

**SERVED:**

Mary-Ann Leon, Esq.
The Leon Law Firm
704 Cromwell Drive, Suite E
Greenville, NC 27858
email: maleon@leonlaw.org
*Attorney for Plaintiff*



## Carolina Court Reporters, Inc.

252-355-4700
800-849-8448
FAX 252-355-4707
E-mail: depo@carolinacourtreporters.com
Webpage: http//www.carolinacourtreporters.com

DATE: 11/03/15

INVOICE NUMBER: 26695.SJG

FEDERAL TAX I.D. 56-1784912

TO: MR. MICHAEL C. LORD
WILLIAMS MULLEN
301 FAYETTEVILLE STREET, SUITE 1700
RALEIGH, NORTH CAROLINA 27601

DEPONENT(S): JOHN RICHARD LAMM

CASE(S): JOHN RICHARD LAMM VS. BRANCH BANKING AND TRUST COMPANY, AND SCOTT P. EVANS

CASE NUMBER(S): 4:14-CV-219-FL    U.S. DISTRICT COURT

DATE: OCTOBER 20, 2015

LOCATION: GREENVILLE, NORTH CAROLINA

DELIVERY: REGULAR: XXX    EXPEDITE: _____

| | | |
|---|---|---|
| APPEARANCE FEE: | | $ 150.00 |
| ORIGINAL/COPY: | 251 AT $ 4.25 PER PAGE | $1,066.75 |
| COPIES: | ___ AT $ 2.25 PER PAGE | $ . |
| EXHIBITS: | ___ AT $ 0.40 PER PAGE (RETAINED) | $ . |
| READ & SIGN: | TO DR. MARY-ANN LEON | $ 20.00 |
| VIDEO RECORDING FEE: | 7 HRS. & 37 MINS. ($250 FIRST TWO HOURS; $100 EACH ADDITIONAL HOUR) | $ 850.00 |
| VIDEO COPY: | ___ HRS. & ___ MINS. | $ . |
| VIDEO TEXT SYNC: | ___ HRS. & ___ MINS. | $ . |
| DVD: | | $ 10.00 |
| S&H: | | $ 12.00 |
| TOTAL AMOUNT DUE: | | $2,108.75 |

PLEASE INCLUDE OUR INVOICE NUMBER ON YOUR CHECK.
**ALL TAPES ARE ERASED AFTER NINETY (90) DAYS UNLESS OTHERWISE REQUESTED WITHIN TEN (10) DAYS OF THE DATE OF THIS INVOICE**SPO

*105 Oakmont Drive, Suite A  •  Greenville, North Carolina 27858*