# EXHIBIT 1
## Clarifying Letter and Revised Invoice

**Carolina Court Reporters, Inc.**

252-355-4700
800-849-8448
FAX 252-355-4707
E-mail: depo@carolinacourtreporters.com
Webpage: http//www.carolinacourtreporters.com

December 21, 2016


Mr. Michael C. Lord
Williams Mullen
301 Fayetteville Street, Suite 1700
Raleigh, North Carolina 27601

Subject:  Invoice 26695.SJG; John Richard Lamm vs.
Branch Banking and Trust Company, and Scott P. Evans

Dear Mr. Lord:

Please allow this letter to serve as confirmation that the billing for the "Original" transcript in the aforementioned invoice is indeed correct for the amount of $1,066.75.  Since you requested our services to depose Plaintiff John Richard Lamm, the cost of the "Original" transcript is $4.25 per page.  Any copies distributed to other counsel attending the deposition were charged a cost of $2.25 per page.

For your convenience, we have revised our invoice to reflect the description of "Original" rather than "Original/Copy" to clear up any confusion.  Your billing was for the "Original."  The entire invoice has been paid in full.

We hope this clears up any confusion.  Please feel free to contact me at 252-355-4700 should you have any questions.

Sincerely,

Debra J. Faison
Vice President
Carolina Court Reporters, Inc.



**Carolina Court Reporters, Inc.**

252-355-4700
800-849-8448
FAX 252-355-4707
E-mail: depo@carolinacourtreporters.com
Webpage: http//www.carolinacourtreporters.com

DATE:   11/03/15              INVOICE NUMBER: 26695.SJG

                              FEDERAL TAX I.D. 56-1784912

TO:   MR. MICHAEL C. LORD
      WILLIAMS MULLEN
      301 FAYETTEVILLE STREET, SUITE 1700
      RALEIGH, NORTH CAROLINA  27601

DEPONENT(S):   JOHN RICHARD LAMM

CASE(S):       JOHN RICHARD LAMM VS. BRANCH BANKING AND TRUST COMPANY, AND SCOTT P. EVANS

CASE NUMBER(S): 4:14-CV-219-FL    U.S. DISTRICT COURT

DATE:          OCTOBER 20, 2015

LOCATION:      GREENVILLE, NORTH CAROLINA

DELIVERY:      REGULAR: XXX    EXPEDITE: _____

| Item | Details | Amount |
|---|---|---|
| APPEARANCE FEE: | | $ 150.00 |
| ORIGINAL: | 251 AT $ 4.25 PER PAGE | $1,066.75 |
| COPIES: | ___ AT $ 2.25 PER PAGE | $ . |
| EXHIBITS: | ___ AT $ 0.40 PER PAGE (RETAINED) | $ . |
| READ & SIGN: | TO DR. MARY-ANN LEON | $ 20.00 |
| VIDEO RECORDING FEE: | 7 HRS. & 37 MINS. ($250 FIRST TWO HOURS; $100 EACH ADDITIONAL HOUR) | $ 850.00 |
| VIDEO COPY: | ___ HRS. & ___ MINS. | $ . |
| VIDEO TEXT SYNC: | ___ HRS. & ___ MINS. | $ . |
| DVD: | | $ 10.00 |
| S&H: | | $ 12.00 |
| **TOTAL AMOUNT DUE:** | | **$2,108.75** |

PLEASE INCLUDE OUR INVOICE NUMBER ON YOUR CHECK.
**ALL TAPES ARE ERASED AFTER NINETY (90) DAYS UNLESS OTHERWISE REQUESTED WITHIN TEN (10) DAYS OF THE DATE OF THIS INVOICE**SPO

*105 Oakmont Drive, Suite A • Greenville, North Carolina 27858*